UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WANDALYN M. JULIAN                                CIVIL ACTION

VERSUS                                            NO. 06-2809

JO ANNE B. BARNHART,                              SECTION "R"(2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court has reviewed *de novo* the complaint, the record, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Report and Recommendation. The Court has determined that the plaintiff's objections are without merit. The Court approves the Report and Recommendation and adopts it as its own opinion herein.

Finding no error in the final decision of the Commissioner of the Social Security Administration or the Magistrate Judge's Report and Recommendation, the Court ORDERS that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 1st day of June, 2007.

_Sarah Vance_

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE